**FULL NAME:** Rickey Spivey JR. #201842042

**COMMITTED NAME (if different):**

**FULL ADDRESS INCLUDING NAME OF INSTITUTION:** 30755 B-Auld Rd - CBDC
Murrieta, CA 92563

**PRISON NUMBER (if applicable):** 201842042

Fee Due

FILED
CLERK, U.S. DISTRICT COURT
NOV 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Rickey Spivey JR.,

PLAINTIFF,

v.

Meldonado, Ramirez, Landry, Doe 1-99

DEFENDANT(S).

**CASE NUMBER:** EDCV22-2115-JLS-MAA

*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)*

☑ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☑ No

2. If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Rickey Spivey JR.**
(print plaintiff's name)
who presently resides at **30755 B-AULD Road  Murrieta, CA 92563**
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
**LARRY D. SMITH CORRECTIONAL FACILITY**
(institution/city where violation occurred)

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
## (CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)
### Please Print Clearly (Favor De Escribir Claramente)

☐ Blythe Jail   ☐ JBDC   ☐ RPDC   ☒ SCF   ☐ CBDC

**From (Departe De):** Spivey Rickey / 201842042 / 8-24-22
Name (Last, First, Middle) / Booking Number / Date
(Apellido, Nombre, Segundo Nombre) / (Número de Preso) / (Fecha)

**Grievance is about (Queja):**
☐ Jail Procedures (Procedimientos de la Cárcel)   ☐ Jail Conditions (Condiciones de la Cárcel)
☐ Jail Staff (Personal de la Cárcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)
☐ Other (Otra Queja) _____

**Date and time of incident (Fecha y Hora de el Incidente):** 7-15-22  6 pm

**Describe the reason for your grievance, in your own words. Please be specific.** (Use additional sheets if necessary.)
(Explique el motivo de su queja en sus propias palabras. Por favor sea específico(a). Utilice hojas adicionales si es necesario.)

I postma a grievance about our mental that occured on 7-15-22 and have not received no response in over a month but received my 2nd grievance where they said I could not do because it's already case going that I will forward a (?) use after the investigation over here it is a month later.

**Inmate Signature:** Ricky Spivey

**Received by:** Sgt Pavan 4916 / 8/24/22 / 1525
Employee Name and ID number / Date / Time

**Recommendations / Resolution:**
_____

**Supervisor:** Sgt Pavan 4916 / 8/24/22 / 2130
Supervisor Name and ID number / Date / Time

**Supervisor Findings:**
Per SCF Sgt Griffin the incident is being reviewed by our CAPO/PSF unit in Riverside. I/M will receive an update at the completion of the review.

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

**Inmate Signature at completion:** _____ / 8-26-22 / Useei / N7628
Date / Reviewing Deputy / ID Number

~Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings~ (Consulte la guía de orientación interno para obtener mas información sobre el proceso de quejas, incluyendo su derecho a apelar los resultados iniciales)

Distribution    White – Inmate Booking File
Yellow – Facility Commander
Pink – Inmate Copy
Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

# RIVERSIDE COUNTY JAIL INMATE GRIEVANCE FORM
(CÁRCEL DE EL CONDADO DE RIVERSIDE FORMA DE QUEJA PARA PRESO)

Please Print Clearly (Favor De Escribir Claramente)

Cell 10  Grievance 2

☐ Blythe Jail   ☐ JBDC   ☐ RPDC   ☒ SCF   ☐ CBDC

From (Departe De): **SPIVEY RICKEY**    **2018420042**    **7-29-22**
Name (Last, First, Middle)           Booking Number    Date
(Apellido, Nombre, Segundo Nombre)   (Número de Preso) (Fecha)

Grievance is about (Queja):
☒ Jail Procedures (Procedimientos de la Cárcel)   ☐ Jail Conditions (Condiciones de la Cárcel)
☒ Jail Staff (Personal de la Cárcel)   ☐ Medical (Medico)   ☐ Mental Health (Salud Mental)
☒ Other (Otra Queja) _____

Date and time of Incident (Fecha y Hora de el Incidente): **7-13-22 Between 8:30pm - 9:50pm**

Describe the reason for your grievance, in your own words. Please be specific. (Use additional sheets if necessary.)

During Clothing exchange I was held down on the floor of the Dayroom by 6 to 3 Deputy and while been held down Deputy McDonald punch me 5 times in my face and I grieve it once Already and have not received a Grieve back. But did get read my Rights after on the 20th and civil complaint form by Sargent Green.

Inmate Signature: **Rickey Spivey**

Received by: _____    Date _____    Time _____
             Employee Name and ID number

Recommendations / Resolution:
_____
_____
_____
_____

Supervisor: _____    Date _____    Time _____
            Supervisor Name and ID number

Supervisor Findings:
_____
_____
_____

The above incident has been discussed with me and I am aware of the findings (El incidente anterior se ha discutido conmigo y estoy al tanto de los resultados)

Inmate Signature at completion _____    Date _____    Reviewing Deputy _____    ID Number _____

-Refer to the Inmate Orientation guide for more information regarding the grievance process, including your right to appeal initial findings- (Consulte la guía de orientación interna para obtener más información sobre el proceso de quejas, incluyendo su derecho a apelar los resultados iniciales)

Distribution:   White – Inmate Booking File
                Yellow – Facility Commander
                Pink – Inmate Copy
                Goldenrod – Inmate Receipt

RSD Form 559 (Rev. 06/06/18)

on (date or dates) __7-13-2022_____ . _____ . _____ .
                                   (Claim I)                   (Claim II)               (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __MELDONADO_____ resides or works at
   (full name of first defendant)
   __1627 S. HARGRAVE STREET BANNING, CA 92220__
   (full address of first defendant)
   __Shariffe Deputy/officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __This Defendant is employd at Larry D. Smith__
   __Correctional Facilty as correctional Deputy__

2. Defendant __Ramirez_____ resides or works at
   (full name of first defendant)
   __1627 S. Hargrave Street Banning, CA 92220__
   (full address of first defendant)
   __Shariffe Deputy/officer__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __This Defendant is employd at Larry D. Smith__
   __Correctional Facilty as correctional Deputy__

3. Defendant __LANDRY_____ resides or works at
   (full name of first defendant)
   __1627 S. Hargrave St Banning, CA 92220__
   (full address of first defendant)
   __Corporal / Shariffe Deputy__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual ☐ official capacity.

   Explain how this defendant was acting under color of law:
   __This Defendant is employd at Larry D. Smith correctional__
   __Facilty as Corporal correctional Deputy__

4. Defendant  Doe 1 - 99 _____ resides or works at
   (full name of first defendant)
   1627 S. Hargrave Street Banning, Ca. 92220
   (full address of first defendant)
   Shariffe Deputy/officer
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   These Defendant is employed at Larry D. Smith Correctional Facilty as correctional Deputie's

5. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Plaintiff right to be free, As guaranteed by the 14th Amendment, 8th Amendment, and 4th Amendment, from unnecessary and excessive use of force was violated.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1. ON 7-13-2022 During Clothing exchange Defendant Meldonado Stop me and ask me to lift up my shirt, Which I did. He told me to take off my boxers for some that look Dirty, which I refuse.
2. That's when he tired to grab my arm, which I pulled to my side and ask him not to touch me. That's when Defendant Meldonado, Ramirez, Landry, and Doe 1-99 all rush me taking me to the Floor.
3. While being held Down by Defendant Meldonado, Ramirez, Landry, and Doe 1-99. Defendant Meldonado punch Plaintiff Three times on the left side of the face.
4. Plaintiff ask Defendant Meldonado why he punch him in the face for. Defendat Ramirez said that the Plaintiff brought it on his self.

See Attachment Page 5 of 6.1

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

5. Plaintiff ask how he brought it on his self to be Punch in the face by Defendant Meldonado. That's when Defendant Meldonado Punch Plaintiff in the face Three more times.

6. Plaintiff start calling Defendant's bitches, and punk mother fuckers. That's when Corporal Landry told Plaintiff to put his hands behind his back, which he did.

7. Defendant's cuff Plaintiff up and pulled him up by his arm's. Then use technique called Chicken wing.

8. This technique is to causes pain to your wriste and arm that causes injury to the spine and vertebrae. And that can Dislocate your shoulder if they lift it high.

9. Then they strap me down to restrain chair and put me in the Safethy Cell for over an hour. Even though I was not no threat to them or nobody else.

10. They took Pictures of me. Then had the nurse look at me but only to take my blood pressure and ask question.

11. I told her my back and arm hurts, And that my Jaw is sore, And mouth busted in the inside. She Did not check my mouth or give me any Pain medication at all.

Page 5 of 6.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

Plaintiff respectfully prays that this court enter Judgment:

Granting Plaintiff compensatory damages in the amounts of $1,500,000.00 against each Defendents Jointly and Severallys,

Granting plaintiff punitive damages in the amounts of $3,000,000.00 against each Defendents Jointly and Severallys,

Plaintiff seeks recovery of the costs in this suit,

Plaintiff seeks a Jury trial on all issues triable by Jury,

Plaintiff requests that an order be issued for the U.S. Attorney General to investigate this complaint,

Plaintiff requests that the court retain Jurisdiction over Defendents untill such time that the Court is Satisfied that the policies, practices, and omissions alleged here in no longer exist and will not reoccur,

Any and all additional relief this court deems Just, Proper, and Refritable.

11-20-2022
(Date)

Ricky Spires
(Signature of Plaintiff)

Mickey Spivey JR.
#2018404412
5735 B-Auld Rd
Murrieta, Ca 92563

SN BERNARDINO CA 923
22 NOV 2022 PM 5 L

FILED
CLERK, U.S. DISTRICT COURT
NOV 28 2022
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

LEGAL MAIL

United States District Court
Central District of California
Attention: Pro-se Clerk
255 East Temple Street, Suite TS-134
Los Angeles, California 90012